IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HAROLD JACKSON, PAUL BLAINE & CAROLYN BASS SMITH, CHRISTINE E. NICHOLS, AND RONALD & RAMONA HEBERT <br> V. <br> JAMES KEITH COX, TIGER ARLEN BLACKWELL, HENRY J. MILLS, TIMOTHY E. PARSONS, GRADY LAYFIELD, ROBERT E. PENNIMAN, PERSHING, LLC, ENTRUST GROUP, STANFORD TRUST COMPANY, SEI INVESTMENT COMPANY, REPUBLIC NATIONAL BANK OF HOUSTON, TRUST NATIONAL BANK, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON IN SYDICATES 2987, 2488, 1886, 1084, 1274, 4000 & 1183, ABC BOND COMPANY, RST INSURANCE COMPANY, AND THE STATE OF LOUISIANA, OFFICE OF FINANCIAL INSTITUTIONS | CIVIL ACTION NO. 3:10-CV-0328 |

**ORDER**

Before this Court on the 18th day of November 2019, is plaintiffs, Paul Blaine Smith and Carolyn Bass Smith, Motion to Dismiss their claims against the defendant, Pershing, LLC, without prejudice prior to an Answer having been filed and Pershing, LLC does not oppose the motion:

**ACCORDINGLY, IT IS ORDERED,** that plaintiffs, Paul Blaine Smith and Carolyn Bass Smith, against the defendant, Pershing, LLC, are dismissed without prejudice.

**SIGNED** this 18th day of November, 2019.

**DAVID C. GODBEY**
**UNITED STATES DISTRICT JUDGE**